IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE TORRES,                                    No. 2:12-CV-1224-CMK-P

        Petitioner,

  vs.                                                        ORDER

DOMINGO URIBE, JR.,

        Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        Petitioner has not filed a complete application to proceed in forma pauperis as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases, or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner has submitted the prison certification required by the statute, but has not filed an actual application. Petitioner will be provided the opportunity to submit an application[1] to proceed in forma pauperis, or pay the appropriate filing fee. Petitioner is warned that failure to comply with this order may result in the dismissal of this

---

[1] As petitioner has already submitted the necessary certification, another need not be submitted. Simply filing the application will be sufficient to meet the requirements.

1

action for lack of prosecution and failure to comply with court rules and orders.  <u>See</u> Local Rule 110.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, an application for leave to proceed in forma pauperis, or pay the appropriate filing fee; and

        2.    The Clerk of the Court is directed to send petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: June 27, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE